AO450 - Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### ANDERSON/GREENWOOD DIVISION

Donna M. Whitfield

**JUDGMENT IN A CIVIL CASE**

vs.

Case Number: 8:08-3146-HFF

General Nutrition Center

**[X]   Decision on the Record.**  This action came before the court on the record.  The issues have been reviewed and a decision rendered.

**IT IS ORDERED AND ADJUDGED** that this case be dismissed without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

LARRY W. PROPES, Clerk

By: **s/Angela Lewis**_____
     Deputy Clerk